|   |   |
|---|---|
| 1 | JEFF D. FRIEDMAN (173886) |
|   | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 2 | 715 Hearst Avenue, Suite 202 |
|   | Berkeley, CA 94710 |
| 3 | Telephone: (510) 725-3000 |
|   | Facsimile: (510) 725-3001 |
| 4 | jefff@hbsslaw.com |
|   |   -and- |
| 5 | STEVE W. BERMAN (*Pro Hac Vice*) |
|   | ARI Y. BROWN (*Pro Hac Vice*) |
| 6 | HAGENS BERMAN SOBOL SHAPIRO LLP |
|   | 1918 Eighth Avenue, Suite 3300 |
| 7 | Seattle, WA  98101 |
|   | Telephone:  (206) 623-7292 |
| 8 | Facsimile:  (206) 623-0594 |
|   | steve@hbsslaw.com |
| 9 | ari@hbsslaw.com |

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| BRITTA BREWER; STACEY MADAMBA, TARRY and NANCY MILLER, husband and wife, on behalf of themselves and all others similarly situated , | ) ) ) ) ) | Case No. 3:10-cv-01884-JSW  **STIPULATION REGARDING BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS PENDING MDL RULING** |
|---|---|---|
| Plaintiffs, | ) ) | |
| v. | ) ) | Courtroom:   11 – 19th Floor |
| BANK OF AMERICA, N.A. and BAC HOME LOANS SERVICING, LP, | ) ) ) | Judge:         Hon. Jeffrey S. White |
| Defendants. | ) | |

On August 3, 2010, the parties to this action were served with a motion made to the Judicial Panel on Multidistrict Litigation to transfer and to coordinate or consolidate cases against Bank of America N.A., and BAC Home Loans Servicing, LP arising out of the performance of mortgage loan modifications and the administration of duties under the Home Affordable Modification Program.  This case was specifically identified as a case to be consolidated for pretrial proceedings pursuant to 28 U.S.C. § 1407.  The motion to consolidate this case with other similar cases around

- 1 -

1  the country has been set on the Panel's docket when it next convenes on September 30, 2010.  In
2  the event the Panel consolidates this case with similar cases, the parties expect that the Plaintiffs
3  will file a consolidated amended complaint, thereby requiring subsequent responsive pleading.  In
4  order to avoid duplicative work and otherwise wasting resources, the parties agree that current
5  pending deadlines should be stayed and stipulate that the deadlines for briefing on Defendants'
6  currently pending motion to dismiss shall be stayed pending a ruling by the Judicial Panel on
7  Multidistrict Litigation.  In the event the Panel denies the motion to transfer this case along with
8  related cases to a single district for coordinated or consolidated pretrial proceedings,

9      1.    Within 15 days of receiving notice of the Panel's decision denying the motion to
10 transfer, Defendants shall renotice their motion to dismiss consistent with Civil Local Rule 7-2 and
11 7-3;

12     2.    Plaintiffs' response to Defendants' motion to dismiss shall be due 30 days from the
13 date of the Panel's ruling;

14     3.    Defendants' reply shall be due 14 days following Plaintiffs' response;

15     4.    The parties propose the the Court continue the Case Management Conference,
16 currently scheuduled for October 22, 2010, to a date following a decision on Defendants' motion to
17 dismiss.

DATED:  August 12, 2010                     HAGENS BERMAN SOBOL SHAPIRO LLP

                                                         By:    s/ Ari Y. Brown
                                                              Steve W. Berman (*Pro Hac Vice*)
                                                              Ari Y. Brown (*Pro Hac Vice*)
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
ari@hbsslaw.com

STIPULATION RE BRIEFING SCHEDULE – C 10-01884 JSW    - 2 -

010176-12 388351 V1

| | |
|---|---|
| 1 | JEFF D. FRIEDMAN (173886) |
| | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 2 | 715 Hearst Avenue, Suite 202 |
| | Berkeley, CA 94710 |
| 3 | Telephone: (510) 725-3000 |
| | Facsimile: (510) 725-3001 |
| 4 | jefff@hbsslaw.com |

*Attorneys for Plaintiffs*

**GOODWIN PROCTER LLP**

By:   s/ James W. McGarry (w/ authorization)
      James W. McGarry (*pro hac vice*)
      Mark Tyler Knights (*pro hac vice*)
Exchange Place
53 State Street
Boston, MA 02109
Telephone: (617) 570-1000
Facsimile: (617) 523-1231
jmcgarry@goodwinprocter.com
mknights@goodwinprocter.com


Brooks R. Brown (SBN 250724)
**GOODWIN PROCTER LLP**
10250 Constellation Blvd.
Los Angeles, California 90067
Telephone: (310) 788-5100
Facsimile: (310) 286-0992
bbrown@goodwinprocter.com

Attorneys for Defendants

STIPULATION RE BRIEFING SCHEDULE – C 10-01884 JSW      - 3 -

010176-12 388351 V1

# [PROPOSED] ORDER

Pursuant to the Parties' Stipulation Regarding Briefing Schedule on Defendants' Motion to Dismiss Pending MDL Ruling, filed on August 12, 2010, and for good cause having been shown, IT IS HEREBY ORDERED THAT, in the event the Panel denies the motion to transfer this case along with related cases to a single district for coordinated or consolidated pretrial proceedings,

1. Within 15 days of receiving notice of the Panel's decision denying the motion to transfer, Defendants shall renotice their motion to dismiss consistent with Civil Local Rule 7-2 and 7-3;

2. Plaintiffs' response to Defendants' motion to dismiss shall be due 30 days from the date of the Panel's ruling;

3. Defendants' reply shall be due 14 days following Plaintiffs' response;

4. The Case Management Conference currently scheduled for October 22, 2010 is VACATED and will be reset at a later date if necessary. The hearing on Defendants' motion to dismiss currently set to be heard on October 1, 2010 is VACATED. If and when Defendants' renotice their motion, they shall select a date that will be at least two weeks after their reply is due.

DATED: August 13, 2010

_Jeffrey S White_
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

STIPULATION RE BRIEFING SCHEDULE – C 10-01884 JSW        - 4 -

010176-12  388351 V1